# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 26-1820 (BAH) |
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF APPEARANCE

Jeremy S.B. Newman, Chief Litigation Counsel at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendants Consumer Financial Protection Bureau, and Russell Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, in the above-captioned matter. Mr. Newman's contact information is as follows:

Jeremy S.B. Newman
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov

1

Dated:  July 9, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*

2