**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 26-1820 (BAH) |
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION FOR SCHEDULING ORDER**

Plaintiffs and Defendants (together, the "Parties") hereby move this Court to enter a scheduling order regarding the conduct of future proceedings in this case, including the production of the administrative record and briefing of cross-motions for summary judgment.

Plaintiffs brought this lawsuit to challenge a Final Rule issued by the Consumer Financial Protection Bureau ("CFPB"). *See* Compl. ¶ 1, ECF No. 1 (citing Final Rule, Equal Credit Opportunity Act (Regulation B), 91 Fed. Reg. 21620 (Apr. 22, 2026) ("Final Rule")). Plaintiffs bring several claims under the Administrative Procedure Act. *See id.*, Counts I-V. Plaintiffs also challenge the Final Rule as *ultra vires*, asserting that Defendant Russell Vought was not lawfully appointed as Acting Director of the CFPB. *See id.*, Count VI. Plaintiffs served the Summons and Complaint on the U.S. Attorney's Office on May 28, 2026. *See* Proof of Service, ECF No. 14. Defendants' deadline to respond to the Complaint is July 27, 2026. *See* Fed. R. Civ. P. 12(a)(2).

The Parties agree that this case is likely to turn on review of the administrative record and legal disputes that can be presented to the Court most efficiently through cross-motions for summary judgment. Accordingly, the Parties propose that the Court order that Defendants'

1

response to the Complaint can be deferred until after the Court resolves cross-motions for summary judgment. The Parties further propose that the Court order the following deadlines for production of the administrative record and briefing of cross-motions for summary judgment:

- July 24, 2026: Defendants' production of the administrative record and file the index and certification of the administrative record.

- September 29, 2026: Plaintiffs' Motion for Summary Judgment.

- November 10, 2026: Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment.

- December 22, 2026: Plaintiffs' Opposition to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment.

- January 12, 2027: Defendants' Reply in Support of Cross-Motion for Summary Judgment.

For the forgoing reasons, the Parties respectfully request that the Court grant this Motion and enter the accompanying Proposed Order governing future proceedings in this case.

Dated:  July 21, 2026

*/s/ Lila Miller*
Lila Miller (DC Bar No. 1643721)
Stephen Hayes (DC Bar No. 1010531)
Timothy Lambert (DC Bar No. 475798)
Valerie Comenencia Ortiz
(DC Bar No. 90021485)
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
lmiller@relmanlaw.com
shayes@relmanlaw.com
tlambert@relmanlaw.com
vcomenenciaortiz@relmanlaw.com

Allison M. Zieve (DC Bar No. 424786)
Stephanie B. Garlock (DC Bar. No. 1779629)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
azieve@citizen.org
sgarlock@citizen.org

Johanna M. Hickman (D.C. Bar No. 981770)
Steven Y. Bressler (D.C. Bar No. 482492)
Robin Thurston (D.C. Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
hhickman@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

*Counsel for All Plaintiffs*

Janell M. Byrd (DC Bar No. 376609)
Sasha Samberg-Champion
(DC Bar No. 1026113)
Morgan Williams (appearing pro hac vice)
National Fair Housing Alliance
1331 Pennsylvania Ave. NW, Ste. 650

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*

3

Washington, DC 20004
Phone: 202-898-1661
jbyrd-chichester@nationalfairhousing.org
ssamberg-champion@nationalfairhousing.org
mwilliams@nationalfairhousing.org

*Counsel for Plaintiff National Fair Housing Alliance*