**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 26-1820 (BAH) |
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF FILING OF CERTIFIED LIST
OF CONTENTS OF ADMINISTRATIVE RECORD**

Defendants Consumer Financial Protection Bureau (CFPB) and Russell Vought, in his official capacity as Acting Director of the CFPB, hereby submit the certified list of contents of the administrative record in this case. This filing consists of (1) a certification of the record by the CFPB's Deputy Executive Secretariat and (2) a list of the material contained in the administrative record. Defendants provided these materials, as well as the full administrative record, to Plaintiffs' counsel on July 24, 2026.

1

Dated:  July 24, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*

2