**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

NATIONAL FAIR HOUSING ALLIANCE,
et al.,

      Plaintiffs,

v.                                    Case Action No. 26-1820-BAH

CONSUMER FINANCIAL PROTECTION
BUREAU, et al.,

      Defendants.

_____

**CERTIFICATION OF LIST OF**
**CONTENTS OF ADMINISTRATIVE RECORD**

    I, Monica Jackson, as representative of the Consumer Financial Protection Bureau, do hereby certify that, to the best of my knowledge and belief, based on information made available to me in the course of my official duties, the following is a true and correct list of the contents of the administrative record pertinent to the above-captioned case.

Dated: July 24, 2026

                                    *Monica Jackson*
                                _____
                                  Monica Jackson
                                  Deputy Executive Secretariat
                                  Consumer Financial Protection Bureau