**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE,<br>1331 Pennsylvania Ave.<br>Washington, DC 20004,<br><br>RISE ECONOMY,<br>1300 Clay St., Suite 600<br>Oakland, CA 94612,<br><br>BLDS, LLC,<br>1201 N. Orange St., Suite 602<br>Wilmington, DE 19801, and<br><br>SOLASAI,<br>1608 Walnut St., Suite 1108<br>Philadelphia, PA 19103,<br><br>     Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION<br>BUREAU,<br>1700 G St. NW<br>Washington, DC 20552, and<br><br>MARK PAOLETTA, *in his official capacity*<br>*as Acting Director of the Consumer Financial*<br>*Protection Bureau*,<br>1700 G St. NW<br>Washington, DC 20552,<br><br>     Defendants. | Case No. 1:26-cv-01820 |

**NOTICE OF FILING OF AMENDED COMPLAINT**

Please take notice that Plaintiffs have today filed an amended complaint pursuant to Fed.

R. Civ. P. 15(a)(1)(B).

The Parties previously agreed to a schedule for production of the Administrative Record

and for briefing of cross-motions for summary judgment, *see* ECF No. 22 (joint motion for

1

briefing schedule, including request to defer responsive pleading deadline), and the Court

adopted the requested schedule, *see* Minute Order of July 27, 2026 (granting joint motion).

Plaintiffs file this notice to confirm that they do not intend the filing of their amended complaint

to alter the summary judgment briefing schedule. Plaintiffs have so notified Defendants.


Dated:  August 11, 2026

Johanna M. Hickman (D.C. Bar No. 981770)
Steven Y. Bressler (D.C. Bar No. 482492)
Robin Thurston (D.C. Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
hhickman@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

*Counsel for All Plaintiffs*

Janell M. Byrd* (D.C. Bar No. 376609)
Sasha Samberg-Champion
(D.C. Bar No. 1026113)
Morgan Williams*
National Fair Housing Alliance
1331 Pennsylvania Ave. NW, Ste. 650
Washington, DC 20004
Phone: 202-898-1661
jbyrd-chichester@nationalfairhousing.org
ssamberg-champion@nationalfairhousing.org
mwilliams@nationalfairhousing.org

*Counsel for Plaintiff National Fair Housing Alliance*

*Appearing Pro Hac Vice*

Respectfully Submitted,

*/s/ Lila Miller*
Lila Miller (D.C. Bar No. 1643721)
Stephen Hayes (D.C. Bar No. 1010531)
Timothy Lambert (D.C. Bar No. 475798)
Valerie Comenencia Ortiz
(D.C. Bar No. 90021485)
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
lmiller@relmanlaw.com
shayes@relmanlaw.com
tlambert@relmanlaw.com
vcomenenciaortiz@relmanlaw.com

*Counsel for All Plaintiffs*

Allison M. Zieve (D.C. Bar No. 424786)
Stephanie B. Garlock (D.C. Bar. No. 1779629)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
azieve@citizen.org
sgarlock@citizen.org

*Counsel for All Plaintiffs*